UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:11-MJ-1080

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | **DISMISSAL ORDER** |
| RAYMES, BILLY F. | ) | |

The GOVERNMENT moves for dismissal without prejudice of the above-captioned case for the following reason: Prosecutorial Discretion – The U.S. Army has subjected the defendant to non-judicial punishment under the Uniform Code of Military Justice (10 U.S.C. § 815).

Offense: Impaired Driving and Failure to Maintain Lane

Category: Class A misdemeanor

Offense date: December 4, 2010

Submitted on: March 14, 2014

*/s/ Yolanda McCray Jones*
YOLANDA MCCRAY JONES
Special Assistant U.S Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This __16th__ day of __March__, 2014.

_____
United States Magistrate Judge